**EXHIBIT A**

## Chicago Public Schools
## Individual Education Program (IEP)
### 1. Identification Information

| | |
|---|---|
| **Student Name:** R▮▮▮ F▮▮▮▮ | **Date of Meeting** 04/03/2020 <br> **Reconvened On:** 04/17/2020 <br> **Reconvened On:** 04/17/2020 |
| **Student ID:** ▮▮▮▮▮  **Gender:** Female | **Current CPS School:** Wilma Rudolph Elementary Learning Center <br> **Phone:** (773) 534-7460 <br> **Area:** 07 **School ID:** 610308 |
| **Birth Date:** 06/01/2011   **Grade:** Third grade   **Homeroom/Division:** A138 | |
| **Parent/Guardian:** ▮▮▮▮▮▮ | **Case Manager/Telephone:** |
| **Address:** ▮▮▮▮▮▮▮▮▮ | **Date of Most Recent Evaluation:** 04/13/2018 |
| **Parent's Phone Numbers Primary Resident Voice:** 000-000-0000 | **Date of Next Proposed Reevaluation:** 04/13/2021 |

### 2. Disabilities

Multiple Disabilities, Other Health Impairment, Developmental Delay, Orthopedic Impairment, Speech or Language Impairment

### 3. Purpose of the Conference

**Purpose of the Conference:** IEP Review and Revision

### 4. IEP Team (participants as appropriate)

| | Title | Name | Signature | | Title | Name | Signature |
|---|---|---|---|---|---|---|---|
| ☑ | Case Manager: | Alex Cowling | 04/03/2020 <br> 04/17/2020 | ☐ | Bilingual Specialist: | | |
| ☑ | District Representative: | Eric McCabe | 04/03/2020 <br> 04/17/2020 | ☑ | School Nurse: | Janice Jamison-Wilson | 04/03/2020 <br> 04/17/2020 |
| ☑ | Special Education Teacher: | Ann Reider | 04/03/2020 <br> 04/17/2020 | ☐ | Interpreter/ Translator: | | |
| ☐ | General Education Teacher∗: | Nicholas Pergolizzi | | ☑ | Occupational Therapist: | Madeline Minogue | 04/03/2020 <br> 04/17/2020 |
| ☑ | Evaluation Representative: | Ann Reider | 04/03/2020 <br> 04/17/2020 | ☑ | Physical Therapist: | Jenson Joseph | 04/03/2020 <br> 04/17/2020 |
| ☑ | Parent/Guardian: | ▮▮▮▮▮ | Participated via telephone 04/03/2020 <br> Participated via telephone 04/17/2020 | ☐ | Psychologist: | | |
| ☐ | Parent/Guardian: | | | ☑ | Social Worker: | Alyssa Rodriguez | 04/03/2020 <br> 04/17/2020 |
| ☐ | Student∗: | | | ☑ | Speech-Language Pathologist: | Mary Lake | 04/03/2020 <br> 04/17/2020 |
| ☐ | Surrogate Parent: | | | ☐ | Transition Representative: | | |
| ☐ | Community Agency: | | | ☑ | ODLSS District Representative: | Eric McCabe | 04/03/2020 <br> 04/17/2020 |
| ☐ | Teacher Of Visually Impaired: | | | ☐ | Teacher of the Deaf/Hard of Hearing: | | |
| ☐ | Certified Orientation and Mobility Specialist: | | | ☐ | Audiologist: | | |
| ☑ | Foster Care Specialist | Wendy Burgess | 04/03/2020 <br> 04/17/2020 | | | | |
| ☑ | Attorney | Shira Baron | 04/03/2020 <br> 04/17/2020 | | | | |

| Title | Name | Signature | | Title | Name | Signature |
|-------|------|-----------|---|-------|------|-----------|
| ☑ Legal Intern | Matthew Chapman | _____ 04/03/2020 | | | | |
| ☐ Other: | | | | | | |

*Student must be invited beginning at age 14 ½. Signature indicates attendance only.
♦ Denotes that this staff member was excused from the meeting by the parent.

## 5. Procedural Safeguards

Parent was sent "Conference Notification" less than ten (10) days before the IEP Meeting, but the Parent waived the ten-day waiting period.

Parent was sent "Conference Notification" on    by    .

The Explanation of Procedural Safeguards were provided to the parent on 04/17/2020.

## 6. Language

**Language(s) used by student:**
Primary: English

**Primary language spoken in home:**English

**Interpreter is not needed for parent communication.**

**Primary mode of communication used by student:**Total Comm: vocal, eye gaze,facial/body express

**Primary mode of communication used by parent:**Oral

## 7. General Considerations in the Development of the IEP

**Student's Strengths:**
This report has been completed with limited data due to limited opportunities for participation as R▓▓▓ has had excessive absences this school year. Extenuating circumstances occur as the special education teacher also had limited interactions with R▓▓▓ since the end of February 2020.
R▓▓▓ is an expressive 8 year old girl. Socially, and also in terms of communication, she has mastered the ability to communicate refusals through total communication. She will indicate that she does not want to participate in interactions with instructors (special education teachers, paraprofessionals and various staff throughout the building) by turning away, vocalizing and placing her hands to her ears. In math activities, R▓▓▓ can tolerate tactile exploration and once she is provided with maximum supports and her hand is placed on various materials and items. When items are placed in her hands, R▓▓▓ does tolerate the items and holds them for several minutes. During language arts activities, R▓▓▓ will briefly visually attend to both objects or visual choices presented to her with maximum verbal and physical assistance. During mathematical lessons, R▓▓▓ can maintain and tolerate the tactile input of various musical instruments, once her hand is placed on them, as instructors create a pattern or beat. She also tolerates holding mathematical a variety of manipulatives such as items of various shapes. In understanding her role within the school and classroom during social science activities, R▓▓▓ is able to express herself consistently when expressing refusals or indicating she is unhappy and fatigued. She is able to do this throughout the day by vocalizing, turning away or putting her hands to her ears. She is able to shift her eye gaze towards adults and smile. In the area of independent functioning, R▓▓▓ has shown a slight decrease in negative interactions and refusals and more often instructors are able to coax a smile through positive interactions and verbal praise. R▓▓▓ greatest strength is indicating her emotional state of being through expressive communication of her emotions.

**Academic, Developmental and Functional Needs:**
**Academic Needs:**
General Academic Needs:
R▓▓▓ requires a significantly modified, sensory based curriculum to meet her diverse needs. She does best in an educational environment with a low student to teacher ratio. Sensory based materials are necessary for R▓▓▓ to engage and participate in all learning tasks. Choices should be offered to assess for comprehension. Choices should be limited to a field of two. Extended time to process, initiate and engage in tasks is necessary to promote independence in all academic and functional needs. Redirection to task is essential as R▓▓▓ is inconsistent in choice makingAn active reach to indicate comprehension or preferences is inconsistent and total communication should be utilized to ensure participation. For optimal success, errorless learning strategies should be incorporated throughout the day. Maximum assistance should be provided (by classroom instructors and paraprofessionals) to encourage physical Interactions with instructors requires individuals to get within R▓▓▓ visual field as she will shift her eye gaze, but requires maximum supports to engage by turning her head to attend when highly engaged with music, whether through sound or vibration. R▓▓▓ requires a work break routine utilizing preferred items during instruction in all areas including academic and functional tasks to promote attention and focus and a break for potential over-stimulation and to refocus to task. R▓▓▓ engagement is dependent on her moods and levels of alertness. She experiences inconsistent sleep patterns. She will nap for various lengths of time, and at various times throughout the school day. At times, she is able to nap without being disrupted by the stimulation from within the classroom, staff or peers. Other times it is difficult for her to fall asleep and she will cry to indicate she is fatigued. Riannah requires sensory breaks due to over stimulation so that she may be able to re-focus and participate with supports as needed.

Preferred Learning Style:
R▓▓▓ learns best learning through a multi-sensory approach to learning through a significantly modified curriculum. She is a kinesthetic, auditory and tactile learner.

Curriculum-based Assessment Results:
Due to extenuating circumstances limited data is available.
R▓▓▓ participated in the DASH 3 assessment in October 2018. Her strengths of the assessment are noted in the student's strengths section on this page.
The results are as follows:

Overall Developmental Age: 2.8 months
Social Emotional Scale: 3.4 months
Language Scale: 2.6 months
Sensory-Motor Scale: 2.5 months

District/State Test Results:
R▓▓▓ will participate in the Dynamic Learning Maps Alternative Assessment as she qualifies under age/grade guidelines.

R▓▓▓ participated in the SANDI assessment in the Fall of 2019 and in Spring 2020. There were no changes in her scores this school year.
Her sub-test scores are as follows:
Reading: 19

Math: 6
Information regarding her strengths in all formal and informal assessments can be found in the Student's Strengths Section above

**Developmental/Functional Needs:**

Special education teacher: R█████ presents with severe global developmental delays. She is non-verbal and communicates through total communication utilizing body language, eye gaze, facial expressions and limited vocalizations. R█████ s dependent on others for all of her Activities of Daily Living (Lads). She is diaper dependent and is not able to indicate when she is soiled. She receives no oral intake of foods during the school day and is dependent on the nursing staff to prepare and administer G-tube feedings twice during the school day. R█████ is dependent on others for all of her self care/hygiene needs. R█████ quires extended time on task to attend to and requires redirection to all tasks for brief increas attention to tasks and brief interactions with instructors. R█████ equires maximum assistance to visually and auditorally attend for 5 second intervals. R█████ s not regard peers in her classroom. R█████ requires assistance to interact with various sensory based materials to access the significantly modified curriculum. Rian quires maximum assistance to interact with various sensory based materials to access the significantly modified curriculum by utilizing an open hand to explore, using eye gaze to visually attend and through presentation which incorporates a work break routine.

Occupational performance and student participation:

R█████ is a 8 year old girl attending a full day instructional education program at Wilma Rudolph Learning Center which offers a significantly modified curriculum, a multi-sensory approach, and a low student to teacher ratio. Rudolph is a school with all instructional programs and therefore student is not integrated with her general education peers. Students have opportunities to connect with general education during school field trips or community events. Rudolph is a multi-level school building with full wheelchair accessibility. R█████ navigates the school environment in her personal wheelchair with total assistance from adults for propelling her chair. R█████ monstrates decreased control of her head and neck in seated positions, and benefits from changes in position throughout the day to support her access to classroom materials. Riannah demonstrates fluctuating muscle tone throughout her body. R█████ demonstrates limited voluntary movement and limited range of motion in her upper extremities. She does not demonstrate motor planning or control to reach and grasp items. She has limited control of her hands and fingers. Ria█████ ears bilateral wrist splints from home. R█████ monstrates the most range of motion and muscle control from her shoulder, with increased movement in her left arm over her right.

R█████ expresses herself through facial expressions, vocalizations and gross motor body movements. She demonstrates limited visual attention to academic materials, and bene from close placement on a tray close to her. She tolerates transitions throughout the school day. R█████ joys various toys and sensory experiences such as vibrating pillows, bubbles, fans, and music.

R█████ has access to assistive technology within her classroom as an alternate means of accessing her curriculum. The classroom currently has big red twist switches, jellybean switches, cause and effect toys, sensory materials, and an environmental control unit (currently a Powerlink). Ri█████ rrently is inconsistent with cause and effect activities, but given increased time and initial physical cues, she has demonstrated the motor planning skills required to lift up her left arm to press a switch when asked to. When utilizing an arm rest in order to activate a toy, sensory experience or produce a message. In some instances, when utilizing a prompting hierarchy to learning a new motor skill, R█████ uired maximal physical assistance to activate a switch. It is recommended that R█████ ntinue to have exposure to cause and effect activities throughout the school day, with static placement of a switch so she can continue to build her motor planning skills and understanding of cause and effect.

R█████ benefits from total adult assistance for self-care activities throughout the day including transfers, positioning, mobility, dressing, toileting, feeding and managing belongings

Gross Motor/Functional Mobility: R█████ s a 8 year old student at Wilma Rudolph Elementary Learning center attending full day 3rd grade in a self-contained instructional special education classroom. Rudolph is a school with all instructional programs and therefore student is not integrated with general education peers. Students have exposure with general education during school field trips or community events. Rudolph is a multi-level school building with full wheelchair accessibility. The school building has stairs, ramps and elevator access to the 2nd floor. Student's wiggle room, lunchroom, PE, music, yoga, homeroom classroom and library class are on the first floor with art class and sensory room on the secon floor. R█████ is currently receives direct and consultative school based PT services. Student was noted with excessive absences this school year.

R█████ is non-ambulatory and uses her personal manual tilt-in-space wheelchair as her primary means of mobility to access her school environment. R█████ uires total adult assistance to propel her wheelchair for transitions and for all transfers throughout the school day. She depends on maximum adult assistance for transferring on/off wheelchair. R█████ is noted with increased flexor tone. She requires extra time for decreasing tone, especially when her tonal pattern increases during transfers. R█████ quires total adult assistance for rolling from supine to prone position and back on a mat in the classroom. R█████ quires total adult assistance for positioning on mats, bean bags or wedges during the school day. She requires total assistance for modified long sitting, ring sitting and cross sitting positions on mat. She engages her postural control with short sitting on Kaye bee with maximum assistance for up to 15 minutes to participate in circle time activities or during specials. R█████ lerates alternative positioning during the school day during wiggle room, sensory room, yoga class, PE class, recess and during gross motor movement breaks in the classroom. She enjoys music class and the sound of music (or musical toys) causes her to demonstrate heightened alertness and smiling facial expressions. She continues to benefit from positions that allow for long duration stretching/strengthening of her muscle in prone, prone propped on elbows and supine. She benefits from the bean bag, wedge cushion or bolster for alternative positioning during gross motor movement breaks in the classroom or during specials, in addition to her tilt in space feature on her wheelchair. She progressed to using the supine stander with no complaints during classroom activities. She tolerates the supine stander for approximately 45-60 minutes a day to participate and engage in table top activities or during participation in specials. She wears her personal bilate AFOs throughout the school day without complaints. R█████ nters and exits school in her personal manual wheelchair. She is transported to and from school on a wheelchair accessible school bus. R█████ uses her personal manual tilt in space wheelchair as her primary classroom chair as it provides the best optimal alignment/positioning for her to access her educational environment. R█████ is classified as being a GMFCS Level 5 indicating all areas of motor function are limited and limited voluntary control of movement against gravity and requires adult assistance. R█████ s dependent for all positioning, transitions, transfers and ADLs during the school day. R█████ limitations in functional mobility, strength and endurance resultant of her diagnosis of Cerebral Palsy. R█████ ill require adult assistance and mo█████ ations/accommodations to access her school environment. Due to gross motor and independent functioning delays, R█████ ntinues to bene from receiving school-based physical therapy services for addressing functional deficits and maintaining strength, flexibility, transitions, positioning, seating and mobility, PE modifications impacting her ability to access her educational, classroom and school environment and to improve her ability to participate in gross motor activities with her peers

**Communication Needs:**

Speech Therapist (3/2020):Ri█████ s a delightful young girl who communicates nonverbally. She uses behaviors to indicate preferences and nonpreferences such as vocalizing, smiling, visually attending and use of a communication device. She is able to move her head, trunk, arms with limited of range of movement and slow pace. She is interested in physical contact as well as social interaction. She also enjoys listening to music and interacting with a several cause effect items. Rian uires help from a communicative partne by narrowing choices and interpreting body language. Teacher reports that she will eye gaze at a preferred choice in a field of 2. Overall, R█████ has shown slow but steady progress at increasing use of switches in order to activate cause/effect items. It is important to continue to expose R█████ o a wide variety of items and activities in order to continue to engage her as well as expand her interests.

At home, she indicates that she is hungry by pressing her lips together or whining. Ria█████ so bites her arm or places her hands together but these behaviors are not use to conve communication. When a new person enters the room, R█████ ften is very quiet and appears to be listening in order to determine who the person may be. She also likes social attention and will hug her family members. Her favorite items are toys that light up and sing. She also enjoys watching Sponge Bob.

R█████ caregiver, █████ completed a questionnaire regarding her child's language abilities at home and in the community. The questionnaire completed is entitled the Early Functional Communication Profile. This assessment is intended as a nonstandardized diagnostic tool to determine the student's effective communication with caregivers. It is nonstandardized meaning it does not give a score but instead lists skills that are emerging (skills inconsistently demonstrates) and mastered (skills consistently demonstrated) in 7 different areas. I have labeled R█████ current mastered and emerging skills to the right of the descriptions below.

Joint attention -- Requesting Objects
-- Child pushes adult's hand toward desired object with adult nearby -- Not yet exhibiting this skill
-- Child reaches toward desired object -- Not yet exhibiting this skill
-- Child points to desired object -- Not yet exhibiting this skill
-- Child requests desired object with a word -- Not yet exhibiting this skill

Social Interaction -- Turn-taking
-- Child tolerates adult within arm's length while playing with desired object -- MASTERED
-- Child calmly tolerates adult taking a brief turn with desired object -- MASTERED
-- Child requests a turn by patting chest independently to request desired object back from adult -- Not yet exhibiting this skill
-- Child offers a turn in response to adult saying 'my turn' -- Not yet exhibiting this skill
-- Child participates in a verbal exchange of desired object -- Not yet exhibiting this skill

Communicative Intent -- Requesting continuation of actions
-- Child makes eye contact with adult nearby -- Emerging
-- Child approaches adult with adult at arm's length away -- Not yet exhibiting this skill
-- Child physically manipulates adult -- Not yet exhibiting this skill
-- Child requests continuation with a gesture -- Not yet exhibiting this skill
-- Child requests continuation with a word -- Not yet exhibiting this skill

Communicative Intent -- Requesting Assistance
-- Child attempts to remove barrier -- Not yet exhibiting this skill
-- Child puts adult's hand on object with adult nearby (uses adult as a tool) -- Not yet exhibiting this skill
-- Child makes eye contact when handing object to adult with adult at arm's length away -- Not yet exhibiting this skill
-- Child requests help verbally when handing object to adult with adult at arm's length away -- Not yet exhibiting this skill

Social Interaction -- Response to Greetings
-- Child responds to high-five gesture -- Not yet exhibiting this skill
-- Child responds to waving -- Not yet exhibiting this skill
-- Child responds to waving and making eye contact -- Not yet exhibiting this skill
-- Child responds by saying hello -- Not yet exhibiting this skill

Joint Attention -- Receptive Language
-- Child responds to bids for joint attention (shared focus) -- Not yet exhibiting this skill
-- Child follows one-step directions -- Not yet exhibiting this skill
-- Child answers yes/no questions about desires -- Not yet exhibiting this skill
-- Child answers yes/no questions about accuracy -- Not yet exhibiting this skill

Communicative Intent -- Protesting.
-- Child reacts when presented with nonpreferred object -- MASTERED
-- Child gestures with hand out when presented with nonpreferred object -- Not yet exhibiting this skill
-- Child shakes head no when presented with nonpreferred object -- Not yet exhibiting this skill
-- Child says no -- Not yet exhibiting this skill

**Relevant Transition Information:**
Gross Motor/Functional Mobility: Ri█████s non-ambulatory and uses her personal manual tilt-in-space wheelchair as her primary means of mobility to access her school environment. R█████ requires total adult assistance to propel her wheelchair for transitions and for all transfers throughout the school day. She depends on maximum adult assistance for transferri on/off wheelchair. R█████is noted with increased flexor tone. She requires extra time for decreasing tone, especially when her tonal pattern increases during transfers. Ri█████quire total adult assistance for rolling from supine to prone position and back on a mat in the classroom. Ri█████quires total adult assistance for positioning on mats, bean bags or wedges during the school day. She requires total assistance for modified long sitting, ring sitting and cross sitting positions on mat. She engages her postural control with short sitting on Kaye bench with maximum assistance for up to 15 minutes to participate in circle time activities or during specials. Ri█████lerates alternative positioning during the school day during wigg room, sensory room, yoga class, PE class, recess and during gross motor movement breaks in the classroom. She enjoys music class and the sound of music (or musical toys) causes her to demonstrate heightened alertness and smiling facial expressions. She continues to benefit from positions that allow for long duration stretching/strengthening of her muscles in pron prone propped on elbows and supine. She benefits from the bean bag, wedge cushion or bolster for alternative positioning during gross motor movement breaks in the classroom or during specials, in addition to her tilt in space feature on her wheelchair. She progressed to using the supine stander with no complaints during classroom activities. She tolerates the supine stander for approximately 45-60 minutes a day to participate and engage in table top activities or during participation in specials. She wears her personal bilateral AFOs througho the school day without complaints. R█████nters and exits school in her personal manual wheelchair. She is transported to and from school on a wheelchair accessible school bus. R█████ uses her personal manual tilt in space wheelchair as her primary classroom chair as it provides the best optimal alignment/positioning for her to access her educational environment.

**Medical Concerns:**
R█████ is alert and responsive to verbal stimuli by smiling, eye gazing and putting her hands over her ears if she does not want to interact with others. Student is wheelchair and diaper dependent. Student requires adults for all ADl's. R█████ has had multiple absences related to hospitalizations in September and December of 2019 and frequent doctor visits. Rian█████ receives two daily g-tube feedings and administration of muscle relaxer during the last school year. Student tolerated g-tube feedings and administration of medication well. Student has not exhibited any seizure activity in the school setting this year. Medication taken in the home setting consists of Keppra, Baclofen and prn Diastat. Riannah has a past medical history of Cerebral Palsy, Developmental Delay, Failure to thrive, Microcephalus, Obstructive Sleep Apnea, Bilateral hip contractures, Seizure disorder and Strabismic Amblyopia.

**Language and Cultural Considerations:**
There are no language or cultural concerns at this time.

**Parents' Concerns:**
Ms.█████ is concerned about the number of minutes for psychical therapy, occupational therapy, and speech. She is also concerned about goals for occupational therapy, and adding a dedicated paraprofessional for a portion of the day.

---

## 8. Transition Services

A Transition Plan is not required for this student.

## 9. Areas of Need

| | | |
|---|---|---|
| **G** | **G** | **G** |
| **o** A† | **o** A† | **o** A† |
| **a** & | **a** & | **a** & |
| **l** M | **l** M | **l** M |
| **s** | **s** | **s** |
| ☑ ☑ English Language Arts (ELA) | ☐ ☐ Art | ☑ ☑ Independent Functioning |
| ☑ ☑ Mathematics | ☐ ☐ Music | ☐ ☐ Physical/Sensory |
| ☑ ☑ Science | ☐ ☑ Physical Education | ☑ ☑ Speech/Language |
| ☑ ☑ Social Sciences | ☐ ☐ Health Education | ☐ ☑ Health/Medical |
| ☐ ☐ World Language | ☐ ☐ Library | ☐ ☑ Social/Emotional |
| ☐ ☐ Vocational | ☐ ☐ Computer | |
| ☐ ☐ Other 1 | ☐ ☐ Other 2 | ☑ Non Academic |
| ☐ ☐ Other 3 | | ☐ Extra Curricular Activities |

†**Accommodations and/or Modifications**

## 10(a). Accommodations and Modifications: Special Factors

*(Including supplementary aids and services that will enable student to participate in the general education curriculum)*

**Special Factors:**

A. If student is **blind/visually impaired** is instruction and use of Braille needed? N/A

B. If student is **deaf** or **hard of hearing** is language and communication support (including speech, reading, functional sign, total communication, communication boards, interpreting devices, note takers, etc.) needed? N/A

C. If student is an **English Language Learner**, are instructional and assessment accommodations needed to meet the student's linguistic and cultural needs? N/A

D. **Alternative/Augmentative Communication Need**

Are **alternative/augmentative communication devices** required for student to interact with staff and peers, to access any portion of the curriculum, or to meet the social and communication needs of the student? ☑ **Yes** ☐ **No**

Are there any alternative/augmentative communication devices already available at the school that the student will use? ☑ **Yes** ☐ **No**

R█████ requires the following alternative/augmentative communication device(s) provided at the school to interact with staff and peers, to access any portion of the curriculum, or to meet the social and communication needs:

- Eyegaze Board
- Switch Activation

Was an alternative/augmentative communication evaluation completed? ☐ **Yes** ☑ **No**

An alternative/augmentative communication evaluation is pending for this student.

Date of Referral:

E. **Assistive Technology**

Is **assistive technology** required for the student to access any portion of the curriculum or to meet the behavioral or adaptive needs of the student? ☑ **Yes** ☐ **No**

Are there any assistive technology devices recommended in a report by a special education teacher or related service provider? ☑ **Yes** ☐ **No**

Assistive technology device(s) recommended in a report by a special education teacher or related service provider:

- Adaptive Chairs
- Positioning Equipment
- Visual Prompts

Is there any assistive technology devices that the student requires and are available at the school? ☑ **Yes** ☐ **No**

Assistive technology device(s) that the student could utilize and are available at the school:

- Sensory material
- Cause And Effect Toy
- Switch
- environmental control interface

Was an assistive technology evaluation completed? ☐ **Yes** ☑ **No**

Is an assistive technology evaluation needed? ☑ **Yes** ☐ **No**

Date of Referral: 04/03/2020

F. **Behavior**

Does the student's behavior impede her learning or that of others? ☐ **Yes** ☑ **No**

G. **Paraprofessional Support**

Does the student require **paraprofessional support** to access the general education curriculum or to meet the social, communication, behavioral or adaptive needs? ☑ **Yes** ☐ **No**

Does the IEP team have the qualitative and quantitative data to determine whether the student requires paraprofessional support? ☑ **Yes** ☐ **No**

R█████ will be in a cluster program classroom with a shared programmatic paraprofessional to provide shared instructional and shared behavioral support. R█████ will utilize the following para support in the classroom:

Ri████ requires paraprofessional supports in all areas of the curriculum including academic and functional life skills. Ri████ requires intensive, maximum supports utilized in an environment which focuses on a sign ficantly mod fied sensory based curriculum. Ria████ quires extended time on task, and redirection to tasks to increase attention to the significantly modified curriculum. Ri████ equires materials to be sign ficantly mod fied and utilized in all aspects of the curriculum. Rian████ uires paraprofessional supports in order to access her environment, manipulate materials and to increase communication skills to consistently refuse, request and indicate preferences through choices.

Case: 1:22-cv-02608 Document #: 1-1 Filed: 05/18/22 Page 7 of 33 PageID #:35

## 10(b). Accommodations and Modifications: General

**Description of modifications and accommodations for each area of need:**

The identified Accommodations and Modifications listed below will be provided when the student is enrolled in the class.

---

**Non Academic**

**Accommodations/Modifications:**
- Allow for the use of mobility assistive devices as follows: personal mobility device
- Assemblies: assistance accessing her environment, prompting to attend to the activity, monitoring for safety, assistance transitioning
- Field Trips: assistance accessing her environment, prompting to attend to the activity, monitoring for safety, assistance transitioning
- Lunch: assistance accessing her environment, prompting to attend to the activity, monitoring for safety as G-tube feeding is being administered by nurse, assistance transitioning
- Recess: Provide modified activities and assistance from a paraprofessional for wheelchair mobility and participation.

**Other Accommodations:**
- maximum assistance
- object representation
- answer choice limited to field of 2

---

**Speech/Language**

**Collaboration/Consultation:** Speech Pathologist will collaborate/consult with Special Education Teacher for 15 minutes quarterly.

**Nature of Collaboration:**
The SLP and SPED teacher will consult on a quarterly basis in order to discuss strategies to increase student participation during curricular activities.

Will these Collaboration/Consultation minutes listed be provided during the entire life of the IE ☑ **Yes** ☐ **No**

**Accommodations/Modifications:**

**Other Accommodations:**
- Switch Activated cause/effect items

---

**English Language Arts**

**Classroom Accommodations/Modifications:**
- Give verbal directions in clearly stated steps.
- Ask student yes/no questions.
- Offer choices for responses.
- Embed choices when eliciting information.
- Provide extra response time: 3 minutes
- Extend time on task for completion of class assignments by 100 percent.
- Explain directions and give concrete examples.
- Test one concept at a time.
- Provide visual cues and guides.
- Provide motivation and verbal rewards on a daily basis.
- Provide preferential seating near instructor.

**Other Accommodations:**
- maximum assistance
- object representation
- answer choice limited to field of 2

---

**Mathematics**

**Classroom Accommodations/Modifications:**
- Give verbal directions in clearly stated steps.
- Ask student yes/no questions.
- Offer choices for responses.
- Embed choices when eliciting information.
- Provide extra response time: 3 minutes
- Extend time on task for completion of class assignments by 100 percent.
- Explain directions and give concrete examples.
- Test one concept at a time.
- Ask student to repeat directions back to confirm understanding.
- Provide visual cues and guides.
- Provide preferential seating near instructor.

**Other Accommodations:**
- maximum assistance
- object representation
- answer choice limited to field of 2

---

**Science**

**Classroom Accommodations/Modifications:**
- Give verbal directions in clearly stated steps.
- Ask student yes/no questions.

- Offer choices for responses.
- Embed choices when eliciting information.
- Provide extra response time: 3 minutes
- Extend time on task for completion of class assignments by 100 percent.
- Extend time on task for completion of homework assignments by 100 percent.
- Explain directions and give concrete examples.
- Ask student to repeat directions back to confirm understanding.
- Provide a set of books for use at home.
- Provide preferential seating near instructor.

**Other Accommodations:**
- maximum assistance
- object representation
- answer choice limited to field of 2

---

### Social Sciences

**Classroom Accommodations/Modifications:**
- Give verbal directions in clearly stated steps.
- Ask student yes/no questions.
- Offer choices for responses.
- Embed choices when eliciting information.
- Provide extra response time: 3 minutes
- Extend time on task for completion of class assignments by 100 percent.
- Explain directions and give concrete examples.
- Test one concept at a time.
- Ask student to repeat directions back to confirm understanding.
- Provide visual cues and guides.
- Provide preferential seating near instructor.

**Other Accommodations:**
- maximum assistance
- object representation
- answer choice limited to field of 2

---

### Independent Functioning

**Collaboration/Consultation:** Occupational Therapist will collaborate/consult with Special Education Teacher for 15 minutes monthly.

**Nature of Collaboration:**
Occupational therapist to consult with special education teacher, paraprofessionals and/or speech therapy, etc. to address student's use of classroom materials, setup and optimal use of assistive technology, work surfaces, sensory and adaptive strategies, and accommodations required to support attention and participation in classroom environment and independent functioning.

Will these Collaboration/Consultation minutes listed be provided during the entire life of the IE ☑ **Yes** ☐ **No**

**Collaboration/Consultation:** Physical Therapist will collaborate/consult with Special Education Teacher for 15 minutes quarterly.

**Nature of Collaboration:**
The Physical Therapist will provide 15 minutes quarterly consultation/collaboration to teachers and other school staff regarding mobility, transfers, positioning, equipment and modifications as needed to minimize barriers in the educational environment, and to ensure safety and appropriate participation in gross motor activities throughout the school environment.

Will these Collaboration/Consultation minutes listed be provided during the entire life of the IE ☑ **Yes** ☐ **No**

**Accommodations/Modifications:**
- Accessible Bathroom
- Place student in an accessible building.
- Allow an additional 5 minutes for departure routine.
- Allow an additional 5 minutes for arrival routine.
- Allow for the use of positioning equipment as follows: Bean Bag, mat, stander, wedge, bolster
- Allow an additional 5 minutes to transition between classes.
- Allow for the use of adaptive seating as follows: Adaptive Activity Chair with head rest, lateral support, chest strap and foot strap
- Allow for the use of mobility assistive devices as follows: Personal Manual Wheelchair
- Allow access to the elevator when necessary.
- Provide adult assist with
    - Transfers
    - Positioning
    - Mobility
    - Feeding
    - Personal Care
    - Clothes Management
    - diaper changed every 2 hours

**Other Accommodations:**
- Provide a prompting hierarchy to learning
- Provide tactile and physical cues to help student learn new motor skill
- Provide multi-modal supports
- Integrate assistive technology into daily activities
- Accommodations:
  1. Accessible school building
  2. Additional 5 minutes for arrival/departure/transitions
  3. She needs an individualized evacuation plan
  4. Modify physical education activities and/ or provide alternate exercises/ activities so that student can best participate. Adult assistance required to monitor safety and to assist accessing equipment and physical education activities. Base physical education grading on attendance and participation to the best of the students ability.

5. Provide student with alternative positioning (ie: mat, bean bag, stander, wedge, Adaptive Activity Chair with head rest, lateral support, chest strap and foot strap) Recommended to be provided daily when appropriate and educationally relevant in the school environment
6. Provide adult assistance for mobility, transfers, transitions, positioning and toileting upon school entry as needed
7. Allow opportunities for student to be positioned out of chair as needed throughout the school day for pressure breaks
8. Student to be transported to and from school on a wheelchair accessible school bus. She requires transportation by wheelchair accessible vehicle to travel safely to and from school. Wheelchair accessible vehicle with tie downs for wheelchair to travel to and from school is required and needs assistance to get on and off the bus, as well as to make sure she is secured appropriately when riding the wheelchair bus
9. Uses a manual tilt in space wheelchair supplied and maintained by family as his primary means of mobility
10. Changing table: Student requires total assistance for transfer and all toileting and hygiene needs

## Social/Emotional

**Collaboration/Consultation:** Social Worker will collaborate/consult with Special Education Teacher for 30 minutes quarterly.
**Nature of Collaboration:**
Social Worker will collaborate with the Special Education Teacher to provide additional support and interventions as necessary for the classroom. In addition, consultation will occur to assess for progress or additional concerns that may arise.
Will these Collaboration/Consultation minutes listed be provided during the entire life of the IE ☑ Yes ☐ No

**Accommodations/Modifications:**

**Other Accommodations:**
- Provide opportunities for meaningful and ongoing social interactions with all students.
- Model functional play daily
- Offer structured sensory breaks throughout the day when Riannah is upset.
- Model functional social interaction skills
- Be in communication with Riannah's guardian to inform what strategies are used at school and any recommendations for home.
- Riannah should be supervised by an adult at all times during the school day.

## Physical Education

**Accommodations/Modifications:**

**Other Accommodations:**
- Modify physical education activities and/ or provide alternate exercises/ activities so that student can best participate. Adult assistance required to monitor safety and to assist in accessing equipment and physical education activities. Base physical education grading on attendance and participation to the best of the students ability.

## Health/Medical

**Collaboration/Consultation:** Nurse will collaborate/consult with Student for 60 minutes daily.
**Nature of Collaboration:**
Nurse will administer g-tube feedings, medications, monitor student for seizure activity, monitor seizure log book and any other health problem Nurse will also consult with special education teacher 15 minutes quarterly on ways of managing student health needs in the school setting.
Will these Collaboration/Consultation minutes listed be provided during the entire life of the IE ☑ Yes ☐ No

**Accommodations/Modifications:**
- Place Student in an accessible building.
- Allow for rest periods in accordance with following conditions: Post seizure activity student may become fatigue Allow to rest until student is able to resume normal ADL.
- Air Conditioning
- Allow usage of elevator.
  *Rationale:* Wheelchair dependent
- Accessible Bathroom

**Other Accommodations:**
- Parents are responsible for providing school nurse with all medications, treatment orders and parental consent forms in writing
  Parents are responsible for providing school nurse with all medication and equipment needed to manage student health needs.

  G-TUBE
  Nurse will administer g-tube feedings as prescribed
  Nurse will administer medication as prescribed
  Nurse will keep g-tube site clean and dry
  Position student in upright position during all feedings
  Maintain aspiration precautions
  In the event that g-tube becomes dislodged nurse will attempt to reinsert g-tube.
  If nurse is unable to reinsert b-tube parent will be notify to pickup student.
  If parent is unable to pick up student within 90 minutes 911 will be call and student will be transfer to nearest hospital
  ER for further treatment.

  EMERGENCY TREATMENT FOR SEIZURES
  Management of seizures is limited to preventing injury
  1. If you see a seizure starting, attempt to prevent injury by easing the student to the floor. Keep sharp, hard or hot objects out of the way
  2. Turn student to the side to allow saliva to drain as to prevent choking.
  3. Do not restrain. You may place a thin, soft towel or item under the head if the floor is hard.
  4. Do not force anything between the teeth or place any object in the mouth
  5. Do not give fluids or food during or immediately after the seizure
  6. Loosen restrictive clothing
  7. Observe: Injury, Length of seizure(by clock), Color of lips, face, and skin, Breathing
  8. If seizure lasts longer than 5 minutes, or if the student is not breathing , call 911 immediately. Administer prescribed Diastat, if available , and stay with the student.
  DIASTAT ADMINISTRATION
  1.Lay student on side where they cannot fall
  2. Obtain medicine
  3. Remove cap from syringe. Be sure seal pin is removed with the cap.
  4. Lubricate rectal tip with lubricating jelly

Case: 1:22-cv-02608 Document #: 1-1 Filed: 05/18/22 Page 10 of 33 PageID #:38

5. Turn student towards facing you
6. Bend upper leg forward to expose rectum
7. Separate buttocks to expose rectum
8. Gently insert syringe into rectum. Once medication is given, keep student on their side , note time, and continue to observe.
CALL 911 IF:
1. SEIZURE THAT DOES NOT STOP AFTER 5 MINS
2. Child does not begin to wake up
3. Student is not breathing begin CPR.
4. Transport student to nearest hospital ER for further evaluation.

Case: 1:22-cv-02608 Document #: 1-1 Filed: 05/19/22 Page 1 of 53 PageID #:39

**10(c). Accommodations and Modifications: Assessments**

**Classroom Assessments**

*Classroom assessments include traditional and computer based assessments. Indicate what type of accommodations/modifications are needed for classroom assessments in each area of need identified. To add or remove classroom assessments to an area of need go to the **A/M: General** page and check, under each relevant subject area, the appropriate response of Yes or No next to the question that asks "Does the student need classroom testing accommodations in this subject area?"*

R...... will participate in classroom assessment <u>with</u> accommodations/modifications in the following areas:

**English Language Arts**

The accommodations/modifications will be as follows:

- Administer in small group
- Administer with special furniture: personal seating
- Administer in location with minimal distractions
- Read entire test orally
- Change format of answer sheet: field of 2
- 3D objects/visuals
- Mark answers in test booklet
- total communication
- Allow flexible schedule: work break
- Extend time allotted by 100 percent
- Give subtests in different order (where permitted)
- Test one concept at a time

**Mathematics**

The accommodations/modifications will be as follows:

- Administer in small group
- Administer with special furniture: personal seating
- Administer in location with minimal distractions
- Read entire test orally
- Change format of answer sheet: field of 2
- 3D objects/visuals
- Mark answers in test booklet
- total communication
- Allow flexible schedule: work break
- Extend time allotted by 100 percent
- Give subtests in different order (where permitted)
- Test one concept at a time

**Science**

The accommodations/modifications will be as follows:

- Administer in small group
- Administer with special furniture: personal seating
- Administer in location with minimal distractions
- Read entire test orally
- Change format of answer sheet: field of 2
- 3D objects/visuals
- Mark answers in test booklet
- total communication
- Allow flexible schedule: work break
- Extend time allotted by 100 percent
- Give subtests in different order (where permitted)
- Test one concept at a time

**Social Sciences**

The accommodations/modifications will be as follows:

- Administer in small group
- Administer with special furniture: personal seating
- Administer in location with minimal distractions
- Read entire test orally
- Change format of answer sheet: field of 2
- 3D objects/visuals
- Mark answers in test booklet
- total communication
- Allow flexible schedule: work break
- Extend time allotted by 100 percent
- Give subtests in different order (where permitted)
- Test one concept at a time

**Riannah will participate in classroom assessments <u>without</u> accommodations/modifications in all other areas.**

**District/State Assessments**

R...... is eligible to participate in, and will take the Dynamic Learning Maps Alternate Assessment the years it is given. If the student is als an English Language Learner, she will participate in the Alternate ACCESS exam in the years it is given.

## 11. Specialized Instruction

Will the goal last the life of the IEP? ☑ **Yes** ☐ **No**

**Date of Implementation:** Begins 04/17/2020 Ends 04/17/2021
**Goal Area:**
- Academic

**Illinois Learning Standard Incorporating the Common Core #** SL.R.1

**Special Education/Related Service Provider** Special Education Teacher

**Other Providers, if appropriate:**
Paraprofessional

English Language Arts services will be delivered weekly.

### Present Level of Academic Achievement and Functional Performance:
**Area of Need:** English Language Arts
**Corresponding CC Strand:** English Language Arts – Speaking/Listening

**Academic Achievement:**
Limited data is available as a result of limited opportunities for participation due to extenuating circumstances including poor student attendance this school year and recent extended absences of the special education teacher. R███ will attend inconsistently to preferred and non-preferred items during a read aloud language arts lesson. Her level of alertness impacts her ability to participate, as at times she appears very tired and will vocalize, look away or place her hands to her ears in protest during the lesson. Significant absences during the first semester of the 2019-2020 school year also impacted her through limited opportunities for success. R███ has shown the inconsistent ability to make choices briefly, once presented with highly engaging materials. She will attend to items for approximately 1-5 seconds with maximum supports before looking away. It is difficult to engage R███ following her brief engagement. It is difficult to assess her ability to make choices as eye gaze is brief and inconsistent.

**Functional Performance:**
Limited data is available as a result of limited opportunities for participation due to extenuating circumstances including poor student attendance this school year and recent extended absences of the special education teacher R███ participates in Language Arts activities with maximum supports and work break routines provided by instructors (special education teachers and paraprofessionals). She is inconsistent in responding utilizing total communication (eye gaze, body language, facial expressions and limited vocalizations) and through participation with choice making of objects or highly stimulating visuals. She does best to demonstrate refusals, but is inconsistent with requests and in demonstrating comprehension skills utilizing a significantly modified sensory based language arts curriculum.

**Standardized Tests Results:**
N/A

**Other Considerations:**
R███ presents with severe global developmental delays. She is non-verbal and communicates through total communication utilizing body language, eye gaze, facial expressions and limited vocalizations. Riannah is dependent on others for all of her Activities of Daily Living (ADLs). R███ is dependent on others for all of her self care/hygiene needs. R███ requires extended time on task to attend to and requires redirection to all tasks for brief increased attention to tasks and brief interactions with instructors. R███ requires maximum assistance to visually and auditorally attend for 5 second intervals to a significantly modified sensory based curriculum utilizing highly preferred materials. R███ does not regard peers in her classroom. R███ requires maximum assistance to interact with various sensory based materials to access the significantly modified curriculum by utilizing an open hand to explore, using eye gaze to visually attend and through presentation which incorporates a work break routine.

**Language of Instruction:** English

### Measurable Annual Goal: (A statement of the level of performance the student is expected to achieve at the end this IEP year.)
During a language arts lessons, R███ will attend to a field of two answer choices, represented by a preferred and non-preferred object or highly engaging visual, for 9 seconds with maximum verbal, physical and gestural assistance with 80% accuracy.

**Quarterly Benchmark:**
During a language arts lessons, R███ will attend to a field of two answer choices, represented by a preferred and non-preferred object or highly engaging visual, for 6 seconds with maximum verbal, physical and gestural assistance with 80% accuracy.

| Evaluation Criteria: | Evaluation Procedure: | Schedule for Determining Progress: |
|---|---|---|
| • 6 seconds | • Observation log: weekly | • Quarterly |

| | | **Benchmark Date** |
|---|---|---|
| | | 6/2020 |

**Quarterly Benchmark:**
During a language arts lessons, R███ will attend to a field of two answer choices, represented by a preferred and non-preferred object or highly engaging visual, for 7 seconds with maximum verbal, physical and gestural assistance with 80% accuracy.

| Evaluation Criteria: | Evaluation Procedure: | Schedule for Determining Progress: |
|---|---|---|
| • 7 seconds | • Observation log: weekly | • Quarterly |

| | | **Benchmark Date** |
|---|---|---|
| | | 11/2020 |

**Quarterly Benchmark:**
During a language arts lessons, R███ will attend to a field of two answer choices, represented by a preferred and non-preferred object or highly engaging visual, for 8 seconds with maximum verbal, physical and gestural assistance with 80% accuracy.

| Evaluation Criteria: | Evaluation Procedure: | Schedule for Determining Progress: |
|---|---|---|
| • 8 seconds | • Observation log: weekly | • Quarterly |

| | **Benchmark Date** |
|---|---|
| | 2/2021 |
| | |

## 11. Specialized Instruction

Will the goal last the life of the IEP? ☑ **Yes** ☐ **No**

**Date of Implementation:** Begins 04/17/2020 Ends 04/17/2021

**Goal Area:**
- Academic

**Illinois Learning Standard Incorporating the Common Core #** SL.R.1

**Special Education/Related Service Provider** Special Education Teacher

**Other Providers, if appropriate:**
Paraprofessional

English Language Arts services will be delivered weekly.

### Present Level of Academic Achievement and Functional Performance:

**Area of Need:** English Language Arts

**Corresponding CC Strand:** English Language Arts – Speaking/Listening

**Academic Achievement:**
Limited data is available as a result of limited opportunities for participation due to extenuating circumstances including poor student attendance this school year and recent extended absences of the special education teacher. R████ will attend inconsistently to preferred and non-preferred items during a read aloud language arts lesson. Her level of alertness impacts her ability to participate, as at times she appears very tired and will vocalize, look away or place her hands to her ears in protest during the lesson. Significant absences during the first semester of the 2019-2020 school year also impacted her through limited opportunities for success. She will attend to items for approximately 1-5 seconds with maximum supports before looking away. It is difficult to engage R████ following her brief engagement. It is difficult to assess her ability to make choices as eye gaze is brief and inconsistent.

**Functional Performance:**
Limited data is available as a result of limited opportunities for participation due to extenuating circumstances including poor student attendance this school year and recent extended absences of the special education teacher R████ participates in Language Arts activities with maximum supports and work break routines provided by instructors (special education teachers and paraprofessionals). She is inconsistent in responding utilizing total communication (eye gaze, body language, facial expressions and limited vocalizations) and through participation with choice making of objects or highly stimulating visuals. As she disengages in those lessons she has difficulty reengaging and requires supports. She does best to demonstrate refusals, but is inconsistent with requests and in demonstrating comprehension skills utilizing a significantly modified sensory based language arts curriculum.

**Standardized Tests Results:**
N/A

**Other Considerations:**
R████ presents with severe global developmental delays. She is non-verbal and communicates through total communication utilizing body language, eye gaze, facial expressions and limited vocalizations. R████ is dependent on others for all of her Activities of Daily Living (ADLs). R████ is dependent on others for all of her self care/hygiene needs. R████ requires extended time on task to attend to and requires redirection to all tasks for brief increased attention to tasks and brief interactions with instructors. R████ requires maximum assistance to visually and auditorily attend for 5 second intervals to a significantly modified sensory based curriculum utilizing highly preferred materials. R████ does not regard peers in her classroom. R████ requires maximum assistance to interact with various sensory based materials to access the significantly modified curriculum by utilizing an open hand to explore, using eye gaze to visually attend and through presentation which incorporates a work break routine.

**Language of Instruction:** English

### Measurable Annual Goal: (A statement of the level of performance the student is expected to achieve at the end of his IEP year.)
During a language arts lessons, R████ will re-engage after attending briefly and looking or turning away from the activity with maximum verbal, physical and gestural assistance with 80% accuracy.

**Quarterly Benchmark:**
During a language arts lessons, R████ will re-engage after attending briefly and looking or turning away from the activity with maximum verbal, physical and gestural assistance with 50% accuracy.

| Evaluation Criteria: | Evaluation Procedure: | Schedule for Determining Progress: | |
|---|---|---|---|
| • 50% Accuracy | • Observation log: weekly | • Quarterly | |
| | | | **Benchmark Date** 6/2020 |

**Quarterly Benchmark:**
During a language arts lessons, R████ will re-engage after attending briefly and looking or turning away from the activity with maximum verbal, physical and gestural assistance with 60% accuracy.

| Evaluation Criteria: | Evaluation Procedure: | Schedule for Determining Progress: | |
|---|---|---|---|
| • 60% Accuracy | • Observation log: weekly | • Quarterly | |
| | | | **Benchmark Date** 11/2020 |

**Quarterly Benchmark:**
During a language arts lessons, R████ will re-engage after attending briefly and looking or turning away from the activity with maximum verbal, physical and gestural assistance with 70% accuracy.

| Evaluation Criteria: | Evaluation Procedure: | Schedule for Determining Progress: | |
|---|---|---|---|
| • 70% Accuracy | • Observation log: weekly | • Quarterly | |
| | | | **Benchmark Date** |

2/2021

# 11. Specialized Instruction

Will the goal last the life of the IEP? ☑ **Yes** ☐ **No**

**Date of Implementation:** Begins 04/17/2020 Ends 04/17/2021

**Goal Area:**
- Academic

**Illinois Learning Standard Incorporating the Common Core #** CC.3.NBT.1

| | |
|---|---|
| **Special Education/Related Service Provider** Special Education Teacher | **Other Providers, if appropriate:** Paraprofessional |

Mathematics services will be delivered weekly.

**Present Level of Academic Achievement and Functional Performance:**

**Area of Need:** Mathematics

**Corresponding CC Domain:** Mathematics - Number & Operations in Base Ten

**Academic Achievement:**
Limited data is available as a result of limited opportunities for participation due to extenuating circumstances including poor student attendance this school year and recent extended absences of the special education teacher. R███ has difficulty reaching out to initiate interactions with mathematical manipulatives. She does tolerate maximum assistance to explore and touch items when an instructor or paraprofessional guides her hand or fingers over the mathematical item. R███ requires significant extended time and is inconsistent in reaching out during activities involving counting and numerals. Riannah will smile, at times, in response to an instructor counting to a beat as her hands are placed on surfaces and various instruments. R███ can tolerate an activity involving counting utilizing highly engaging materials, such as musical instruments, but she rarely actively participates by manipulating the instrument herself.

**Functional Performance:**
Limited data is available as a result of limited opportunities for participation due to extenuating circumstances including poor student attendance this school year and recent extended absences of the special education teacher. R███ engages in highly preferred mathematical activities involving musical instruments. She rarely will reach out or move her arms or hands to participate interactively in counting. She will participate by listening and smiling or pulling away and covering her ears to indicate a response or refusal to participate.

**Standardized Tests Results:**
N/A

**Other Considerations:**
R███ presents with severe global developmental delays. She is non-verbal and communicates through total communication utilizing body language, eye gaze, facial expressions and limited vocalizations. R███ is dependent on others for all of her Activities of Daily Living (ADLs). R███ is dependent on others for all of her self care/hygiene needs. R███ requires extended time on task to attend to and requires redirection to all tasks for brief increased attention to tasks and brief interactions with instructors. R███ requires maximum assistance to visually and auditorily attend for a significantly modified sensory based curriculum utilizing highly preferred materials. R███ does not regard peers in her classroom. R███ requires maximum assistance to interact with various sensory based materials to access the significantly modified curriculum by utilizing an open hand to explore, using eye gaze to visually attend and through presentation which incorporates a work break routine.

**Language of Instruction:** English

**Measurable Annual Goal:** (A statement of the level of performance the student is expected to achieve at the end of this IEP year.)
Once a highly preferred mathematical manipulative is placed in close proximity to her open palmed hand, R███ will move her hand or fingers to indicate she will "take one" with maximum assistance 4:5 trials.

**Quarterly Benchmark:**
Once a highly preferred mathematical manipulative is placed in close proximity to her open palmed hand, R███ will move her hand or fingers to indicate she will "take one" with maximum assistance 1:5 trials.

| **Evaluation Criteria:** | **Evaluation Procedure:** | **Schedule for Determining Progress:** |
|---|---|---|
| • 1 out of 5 Attempts | • Observation log: weekly | • Quarterly |

| | |
|---|---|
| | **Benchmark Date** 6/2020 |

**Quarterly Benchmark:**
Once a highly preferred mathematical manipulative is placed in close proximity to her open palmed hand, R███ will move her hand or fingers to indicate she will "take one" with maximum assistance 2:5 trials.

| **Evaluation Criteria:** | **Evaluation Procedure:** | **Schedule for Determining Progress:** |
|---|---|---|
| • 2 out of 5 Attempts | • Observation log: weekly | • Quarterly |

| | |
|---|---|
| | **Benchmark Date** 11/2020 |

**Quarterly Benchmark:**
Once a highly preferred mathematical manipulative is placed in close proximity to her open palmed hand, R███ will move her hand or fingers to indicate she will "take one" with maximum assistance 3:5 trials.

| **Evaluation Criteria:** | **Evaluation Procedure:** | **Schedule for Determining Progress:** |
|---|---|---|
| • 3 out of 5 Attempts | • Observation log: weekly | • Quarterly |

| | |
|---|---|
| | **Benchmark Date** 2/2021 |

Case: 1:22-cv-02608 Document #: 1-1 Filed: 05/19/22 Page 17 of 33 PageID #:45

# 11. Specialized Instruction

Will the goal last the life of the IEP? ☑ Yes ☐ No

**Date of Implementation:** Begins 04/17/2020 Ends 04/17/2021

**Goal Area:**
- Academic

**Illinois Learning Standard Incorporating the Common Core #** CC.3.NBT.1

**Special Education/Related Service Provider** Special Education Teacher

**Other Providers, if appropriate:**
Paraprofessional

Mathematics services will be delivered weekly.

## Present Level of Academic Achievement and Functional Performance:

**Area of Need:** Mathematics

**Corresponding CC Domain:** Mathematics - Number & Operations in Base Ten

**Academic Achievement:**
Limited data is available as a result of limited opportunities for participation due to extenuating circumstances including poor student attendance this school year and recent extended absences of the special education teacher. R███ has difficulty reaching out to initiate interactions with mathematical manipulatives. She does tolerate maximum assistance to explore and touch items when an instructor or paraprofessional guides her hand or fingers over the mathematical item. R███ requires significant extended time and is inconsistent in reaching out during activities involving counting and numerals. R███ requires highly engaging mathematical manipulatives with maximum supports to engage in reaching out to touch items.

**Functional Performance:**
Limited data is available as a result of limited opportunities for participation due to extenuating circumstances including poor student attendance this school year and recent extended absences of the special education teacher. R███ engages in highly preferred mathematical activities involving musical instruments. She rarely will reach out or move her arms or hands to participate interactively in counting. She will participate by listening and smiling or pulling away and covering her ears to indicate a response or refusal to participate.

**Standardized Tests Results:**
N/A

**Other Considerations:**
R███ presents with severe global developmental delays. She is non-verbal and communicates through total communication utilizing body language, eye gaze, facial expressions and limited vocalizations. R███ is dependent on others for all of her Activities of Daily Living (ADLs). R███ is dependent on others for all of her self care/hygiene needs. R███ requires extended time on task to attend to and requires redirection to all tasks for brief increased attention to tasks and brief interactions with instructors. R███ requires maximum assistance to visually and auditorally attend for 5 second intervals to a significantly modified sensory based curriculum utilizing highly preferred materials. R███ does not regard peers in her classroom. R███ requires maximum assistance to interact with various sensory based materials to access the significantly modified curriculum by utilizing an open hand to explore, using eye gaze to visually attend and through presentation which incorporates a work break routine.

**Language of Instruction:** English

**Measurable Annual Goal:** (A statement of the level of performance the student is expected to achieve at the end this IEP year.)
R███ will participate in mathematical activities by initiating a reach to explore highly engaging mathematical manipulatives, as instructors count the items 1-5, with moderate physical and gestural prompting and instructor modeling 4:5 trials.

**Quarterly Benchmark:**
R███ will participate in mathematical activities by initiating a reach to explore highly engaging mathematical manipulatives, as instructors count the items 1-5, with moderate physical and gestural prompting and instructor modeling 1:5 trials.

| Evaluation Criteria: | Evaluation Procedure: | Schedule for Determining Progress: |
|---|---|---|
| • 1 out of 5 Attempts | • Observation log: weekly | • Quarterly |

**Benchmark Date**
6/2020

**Quarterly Benchmark:**
R███ will participate in mathematical activities by initiating a reach to explore highly engaging mathematical manipulatives, as instructors count the items 1-5, with moderate physical and gestural prompting and instructor modeling 2:5 trials.

| Evaluation Criteria: | Evaluation Procedure: | Schedule for Determining Progress: |
|---|---|---|
| • 2 out of 5 Attempts | • Observation log: weekly | • Quarterly |

**Benchmark Date**
11/2020

**Quarterly Benchmark:**
R███ will participate in mathematical activities by initiating a reach to explore highly engaging mathematical manipulatives, as instructors count the items 1-5, with moderate physical and gestural prompting and instructor modeling 3:5 trials.

| Evaluation Criteria: | Evaluation Procedure: | Schedule for Determining Progress: |
|---|---|---|
| • 3 out of 5 Attempts | • Observation log: weekly | • Quarterly |

**Benchmark Date**
2/2021

## 11. Specialized Instruction

Will the goal last the life of the IEP? ☑ **Yes** ☐ **No**

**Date of Implementation:** Begins 04/17/2020 Ends 04/17/2021
**Goal Area:**
- Academic

**Illinois Learning Standard #:** 13.A. Know and apply the accepted practices of science.

**Special Education/Related Service Provider** Special Education Teacher

**Other Providers, if appropriate:**
Paraprofessional

Science services will be delivered weekly.

**Present Level of Academic Achievement and Functional Performance:**
**Area of Need:** Science

**Academic Achievement:**
Limited data is available as a result of limited opportunities for participation due to extenuating circumstances including poor student attendance this school year and recent extended absences of the special education teacher. R▮▮▮▮ has difficulty initiating a reach to engage in activities. She requires extended time, constant modeling and maximum verbal assistance to initiate movements of her arm to reach out to materials. Riannah typically will move her arms to place her mouth to engage in self stimulating behaviors. She will also move her arms to place her hands over her ears as a means of refusal to engage with instructor and participate in activities or due to over-stimulation. Once materials are placed in her hands, R▮▮▮▮ can tolerate holding these items, but is inconsistent in moving her hands to actively engage in sensory based science lessons.

**Functional Performance:**
Limited data is available as a result of limited opportunities for participation due to extenuating circumstances including poor student attendance this school year and recent extended absences of the special education teacher R▮▮▮▮ can tolerate tactile input from various media and multi-sensory materials during science lessons once materials are placed in her hand. R▮▮▮▮ shows preference for materials which have a vibrating component. She will indicate pleasure through smiling once the input is provided.

**Standardized Tests Results:**
N/A

**Other Considerations:**
R▮▮▮▮ presents with severe global developmental delays. She is non-verbal and communicates through total communication utilizing body language, eye gaze, facial expressions and limited vocalizations. R▮▮▮▮ is dependent on others for all of her Activities of Daily Living (ADLs). R▮▮▮▮ is dependent on others for all of her self care/hygiene needs. R▮▮▮▮ requires extended time on task to attend to and requires redirection to all tasks for brief increased attention to tasks and brief interactions with instructors. R▮▮▮▮ requires maximum assistance to visually and auditorally attend for 5 second intervals to a significantly modified sensory based curriculum utilizing highly preferred materials. R▮▮▮▮ does not regard peers in her classroom. R▮▮▮▮ requires maximum assistance to interact with various sensory based materials to access the significantly modified curriculum by utilizing an open hand to explore, using eye gaze to visually attend and through presentation which incorporates a work break routine.

**Language of Instruction:** English

**Measurable Annual Goal:** (A statement of the level of performance the student is expected to achieve at the end this IEP year.)
R▮▮▮▮ will move her hands or fingers for a period of 3 seconds to engage in a multi-sensory lesson, once materials are placed in her hand and when provided with modeling, and moderate physical and verbal supports 4:5 trials.

**Quarterly Benchmark:**
R▮▮▮▮ will move her hands or fingers for a period of 3 seconds to engage in a multi-sensory lesson, once materials are placed in her hand and when provided with modeling, and moderate physical and verbal supports 1:5 trials.

| **Evaluation Criteria:** | **Evaluation Procedure:** | **Schedule for Determining Progress:** |
|---|---|---|
| • 1 out of 5 Attempts | • Observation log: weekly | • Quarterly |

| **Benchmark Date** |
|---|
| 6/2020 |

**Quarterly Benchmark:**
R▮▮▮▮ will move her hands or fingers for a period of 3 seconds to engage in a multi-sensory lesson, once materials are placed in her hand and when provided with modeling, and moderate physical and verbal supports 2:5 trials.

| **Evaluation Criteria:** | **Evaluation Procedure:** | **Schedule for Determining Progress:** |
|---|---|---|
| • 2 out of 5 Attempts | • Observation log: weekly | • Quarterly |

| **Benchmark Date** |
|---|
| 11/2020 |

**Quarterly Benchmark:**
R▮▮▮▮ will move her hands or fingers for a period of 3 seconds to engage in a multi-sensory lesson, once materials are placed in her hand and when provided with modeling, and moderate physical and verbal supports 3:5 trials.

| **Evaluation Criteria:** | **Evaluation Procedure:** | **Schedule for Determining Progress:** |
|---|---|---|
| • 3 out of 5 Attempts | • Observation log: weekly | • Quarterly |

| **Benchmark Date** |
|---|
| 2/2021 |

## 11. Specialized Instruction

Will the goal last the life of the IEP? ☑ **Yes** ☐ **No**

**Date of Implementation:** Begins 04/17/2020 Ends 04/17/2021

**Goal Area:**
- Academic

**Illinois Learning Standard #:** 18.B. Understand the roles and interactions of individuals and groups in society.

**Special Education/Related Service Provider** Special Education Teacher

**Other Providers, if appropriate:**
Paraprofessional

Social Sciences services will be delivered weekly.

**Present Level of Academic Achievement and Functional Performance:**
**Area of Need:** Social Sciences

**Academic Achievement:**
Limited data is available as a result of limited opportunities for participation due to extenuating circumstances including poor student attendance this school year and recent extended absences of the special education teacher. R█████ is able to attend to an instructor for 3-5 seconds when provided with maximum supports. She will provide eye gaze, but rarely will lift her head to attend or continue engagement with instructors. Riannah will smile at familiar faces and voices when provided with verbal praise and encouragement. Her moods and level alertness however impact her consistency to interact.

**Functional Performance:**
Limited data is available as a result of limited opportunities for participation due to extenuating circumstances including poor student attendance this school year and recent extended absences of the special education teacher. R█████ level of alertness greatly impact her interactions with instructors. She can attend and respond briefly through eye gaze and smiling familiar faces and voices. She does not engage with peers within her school setting. R█████ has poor sleep patterns which interfere with her interactions with instructors. She displays times of frustration due to fatigue. She will indicate she does not want to participate and is fatigued by vocalizing, turning away and crying.

**Standardized Tests Results:**
N/A

**Other Considerations:**
R█████ presents with severe global developmental delays. She is non-verbal and communicates through total communication utilizing body language, eye gaze, facial expressions and limited vocalizations. R█████ is dependent on others for all of her Activities of Daily Living (ADLs). Ri█████ is dependent on others for all of her self care/hygiene needs. R█████ requires extended time on task to attend to and requires redirection to all tasks for brief increased attention to tasks and brief interactions with instructors. R█████ requires maximum assistance to visually and auditorally attend for 5 second intervals to a significantly modified sensory based curriculum utilizing highly preferred materials. R█████ does not regard peers in her classroom. R█████ requires maximum assistance to interact with various sensory based materials to access the significantly modified curriculum by utilizing an open hand to explore, using eye gaze to visually attend and through presentation which incorporates a work break routine.

**Language of Instruction:** English

**Measurable Annual Goal:** (A statement of the level of performance the student is expected to achieve at the end this IEP year.)
During social science activities, R█████ will participate by calling attention to herself through vocalizations, eye gaze, body language or facial expressions during turn taking activities with modeling, and maximum physical and verbal supports 4:5 trials.

**Quarterly Benchmark:**
During social science activities, R█████ will participate by calling attention to herself through vocalizations, eye gaze, body language or facial expressions during turn taking activities with modeling, and maximum physical and verbal supports 1:5 trials.

**Evaluation Criteria:**
- 1 out of 5 Attempts

**Evaluation Procedure:**
- Observation log: weekly

**Schedule for Determining Progress:**
- Quarterly

| Benchmark Date |
|---|
| 6/2020 |

**Quarterly Benchmark:**
During social science activities, R█████ will participate by calling attention to herself through vocalizations, eye gaze, body language or facial expressions during turn taking activities with modeling, and maximum physical and verbal supports 2:5 trials.

**Evaluation Criteria:**
- 2 out of 5 Attempts

**Evaluation Procedure:**
- Observation log: weekly

**Schedule for Determining Progress:**
- Quarterly

| Benchmark Date |
|---|
| 11/2020 |

**Quarterly Benchmark:**
During social science activities, R█████ will participate by calling attention to herself through vocalizations, eye gaze, body language or facial expressions during turn taking activities with modeling, and maximum physical and verbal supports 3:5 trials.

**Evaluation Criteria:**
- 3 out of 5 Attempts

**Evaluation Procedure:**
- Observation log: weekly

**Schedule for Determining Progress:**
- Quarterly

| Benchmark Date |
|---|
| 2/2021 |

# 11. Specialized Instruction

Will the goal last the life of the IEP? ☑ **Yes** ☐ **No**

**Date of Implementation:** Begins 04/17/2020 Ends 04/17/2021
**Goal Area:**
- Functional

**Illinois Learning Standard #:**

**Special Education/Related Service Provider:** Special Education Teacher

**Other Providers, if appropriate:**
Paraprofessional

Independent Functioning services will be delivered weekly.

## Present Level of Academic Achievement and Functional Performance:
**Area of Need:** Independent Functioning

**Academic Achievement:**
Limited data is available as a result of limited opportunities for participation due to extenuating circumstances including poor student attendance this school year and recent extended absences of the special education teacher. R█████ can attend to adults with maximum supports and highly engaging activities. She has difficulty acknowledging peers within her classroom setting.

**Functional Performance:**
Limited data is available as a result of limited opportunities for participation due to extenuating circumstances including poor student attendance this school year and recent extended absences of the special education teacher. R█████ requires extended time to process and complete tasks. She is able to inconsistently activate a switch when placed on her lap or on h arm rests of her wheelchair. Riannah is able to repeat the skill more consistently with verbal praise and words of encouragement, modeling and physical and verbal supports.

**Standardized Tests Results:**
N/A

**Other Considerations:**
Riannah presents with severe global developmental delays. She is non-verbal and communicates through total communication utilizing body language, eye gaze, facial expressions and limited vocalizations. R█████ is dependent on others for all of her Activities of Daily Living (ADLs). R█████ is dependent on others for all of her self care/hygiene needs. R█████ requir extended time on task to attend to and requires redirection to all tasks for brief increased attention to tasks and brief interactions with instructors. R█████ requires maximum assistan to visually and auditorally attend for 5 second intervals to a significantly modified sensory based curriculum utilizing highly preferred materials. R█████ does not regard peers in her classroom. R█████ requires maximum assistance to interact with various sensory based materials to access the significantly modified curriculum by utilizing an open hand to explore, using eye gaze to visually attend and through presentation which incorporates a work break routine.

**Language of Instruction:** English

**Measurable Annual Goal:** (A statement of the level of performance the student is expected to achieve at the end of this IEP year.)
R█████ will use total communication (eye gaze, body language, facial expressions or vocalizations) in direct response to interaction with peers with maximum physical, verbal and gestural supports 4:5 trials.

**Quarterly Benchmark:**
R█████ will use total communication (eye gaze, body language, facial expressions or vocalizations) in direct response to interaction with peers with maximum physical, verbal and gestural supports 1:5 trials.

**Evaluation Criteria:**
- 1 out of 5 Attempts

**Evaluation Procedure:**
- Observation log: weekly

**Schedule for Determining Progress:**
- Quarterly

| Benchmark Date |
| --- |
| 6/2020 |

**Quarterly Benchmark:**
R█████ will use total communication (eye gaze, body language, facial expressions or vocalizations) in direct response to interaction with peers with maximum physical, verbal and gestural supports 2:5 trials.

**Evaluation Criteria:**
- 2 out of 5 Attempts

**Evaluation Procedure:**
- Observation log: weekly

**Schedule for Determining Progress:**
- Quarterly

| Benchmark Date |
| --- |
| 11/2020 |

**Quarterly Benchmark:**
R█████ will use total communication (eye gaze, body language, facial expressions or vocalizations) in direct response to interaction with peers with maximum physical, verbal and gestural supports 3:5 trials.

**Evaluation Criteria:**
- 3 out of 5 Attempts

**Evaluation Procedure:**
- Observation log: weekly

**Schedule for Determining Progress:**
- Quarterly

| Benchmark Date |
| --- |
| 2/2021 |

# 11. Specialized Instruction

Will the goal last the life of the IEP? ☑ **Yes** ☐ **No**

**Date of Implementation:** Begins 04/17/2020 Ends 04/17/2021
**Goal Area:**
- Functional

**Illinois Learning Standard #:**

**Special Education/Related Service Provider** Special Education Teacher

**Other Providers, if appropriate:**
Paraprofessional

Independent Functioning services will be delivered weekly.

## Present Level of Academic Achievement and Functional Performance:
**Area of Need:** Independent Functioning (This is a personal care goal.)

**Academic Achievement:**
Limited data is available as a result of limited opportunities for participation due to extenuating circumstances including poor student attendance this school year and recent extended absences of the special education teacher. R███ can respond to familiar voices and faces through total communication, however inconsistent, but she has more difficulty interacting with those less familiar.

**Functional Performance:**
Limited data is available as a result of limited opportunities for participation due to extenuating circumstances including poor student attendance this school year and recent extended absences of the special education teacher R███ moods and level of alertness impact her ability to interact with others throughout the day. She has inconsistent sleep patterns and when she is fatigued she does not interact with staff in a positive manner. She is able to display refusal to participate by turning away, vocalizing and putting her hands to her ears. She is also less likely to interact with unfamiliar staff, those she works with on a less frequent basis.

**Standardized Tests Results:**
N/A

**Other Considerations:**
R███ presents with severe global developmental delays. She is non-verbal and communicates through total communication utilizing body language, eye gaze, facial expressions and limited vocalizations. R███ is dependent on others for all of her Activities of Daily Living (ADLs). R███ is dependent on others for all of her self care/hygiene needs. R███ requires extended time on task to attend and requires redirection to all tasks for brief increased attention to tasks and brief interactions with instructors. R███ requires maximum assistance to visually and auditorally attend for 5 second intervals to a significantly modified sensory based curriculum utilizing highly preferred materials. R███ does not regard peers in her classroom. R███ requires maximum assistance to interact with various sensory based materials to access the significantly modified curriculum by utilizing an open hand to explore, using eye gaze to visually attend and through presentation which incorporates a work break routine.

**Language of Instruction:** English

**Measurable Annual Goal:** (A statement of the level of performance the student is expected to achieve at the end this IEP year.)
R███ will participate in activities throughout the day by engaging with various instructors and staff (PE, Library, Art, Music, Yoga, etc.) by utilizing total communication (body language eye gaze, facial expressions or vocalizations) in response to staff communication and interactions with maximum supports and modeling 4:5 trials.

**Quarterly Benchmark:**
R███ will participate in activities throughout the day by engaging with various instructors and staff (PE, Library, Art, Music, Yoga, etc.) by utilizing total communication (body language eye gaze, facial expressions or vocalizations) in response to staff communication and interactions with maximum supports and modeling 1:5 trials.

| Evaluation Criteria: | Evaluation Procedure: | Schedule for Determining Progress: |
|---|---|---|
| • 1 out of 5 Attempts | • Observation log: weekly | • Quarterly |

| Benchmark Date |
|---|
| 6/2020 |

**Quarterly Benchmark:**
R███ will participate in activities throughout the day by engaging with various instructors and staff (PE, Library, Art, Music, Yoga, etc.) by utilizing total communication (body language eye gaze, facial expressions or vocalizations) in response to staff communication and interactions with maximum supports and modeling 2:5 trials.

| Evaluation Criteria: | Evaluation Procedure: | Schedule for Determining Progress: |
|---|---|---|
| • 2 out of 5 Attempts | • Observation log: weekly | • Quarterly |

| Benchmark Date |
|---|
| 11/2020 |

**Quarterly Benchmark:**
R███ will participate in activities throughout the day by engaging with various instructors and staff (PE, Library, Art, Music, Yoga, etc.) by utilizing total communication (body language eye gaze, facial expressions or vocalizations) in response to staff communication and interactions with maximum supports and modeling 3:5 trials.

| Evaluation Criteria: | Evaluation Procedure: | Schedule for Determining Progress: |
|---|---|---|
| • 3 out of 5 Attempts | • Observation log: weekly | • Quarterly |

| Benchmark Date |
|---|
| 2/2021 |

## 11. Specialized Instruction

Will the goal last the life of the IEP? ☑ **Yes** ☐ **No**

**Date of Implementation:** Begins 04/17/2020 Ends 04/17/2021
**Goal Area:**
- Functional

**Illinois Learning Standard #:** GOAL 19
Acquire movement skills and understand concepts needed to explore the environment, support learning, and engage in health-enhancing physical activity.

LEARNING STANDARD 19.A
Demonstrate physical competency and control of large and small muscles.

| **Special Education/Related Service Provider** Physical Therapist | **Other Providers, if appropriate:** Special Education Teacher Paraprofessional |
|---|---|

Physical Therapy services will be delivered weekly.

### Present Level of Academic Achievement and Functional Performance:
**Area of Need:** Independent Functioning

**Academic Achievement:**
R███ is a 8 year old student at Wilma Rudolph Elementary Learning center attending full day 3rd grade in a self-contained instructional special education classroom. Rudolph is a school with all instructional programs and therefore student is not integrated with general education peers. Students have exposure with general education during school field trips or community events. Rudolph is a multi-level school building with full wheelchair accessibility. The school building has stairs, ramps and elevator access to the 2nd floor. Student's wiggle room, lunchroom, PE, music, yoga, homeroom classroom and library class are on the first floor with art class and sensory room on the second floor. Riannah is currently receives direct and consultative school based PT services. Student was noted with excessive absences this school year.

**Functional Performance:**
R███ is non-ambulatory and uses her personal manual tilt-in-space wheelchair as her primary means of mobility to access her school environment. R███ requires total adult assistance to propel her wheelchair for transitions and for all transfers throughout the school day. She depends on maximum adult assistance for transferring on/off wheelchair. Rianna is noted with increased flexor tone. She requires extra time for decreasing tone, especially when her tonal pattern increases during transfers. Riannah requires total adult assistance for rolling from supine to prone position and back on a mat in the classroom. R███ requires total adult assistance for positioning on mats, bean bags or wedges during the school day. She requires total assistance for modified long sitting, ring sitting and cross sitting positions on mat. She engages her postural control with short sitting on Kaye bench with maximum assistance for up to 15 minutes to participate in circle time activities or during specials. R███ tolerates alternative positioning during the school day during wiggle room, sensory room, yoga class, PE class, recess and during gross motor movement breaks in the classroom. She enjoys music class and the sound of music (or musical toys) causes her to demonstrate heightened alertness and smiling facial expressions. She continues to benefit from positions that allow for long duration stretching/strengthening of her muscles in prone, prone propped on elbows and supine. She benefits from the bean bag, wedge cushion or bolster for alternative positioning during gross motor movement breaks in the classroom or during specials, in addition to her tilt in space feature on her wheelchair. She progressed to using the supine stander with no complaints during classroom activities. She tolerates the supine stander for approximately 45-60 minutes a day to participate and engage in table top activities or during participation in specials. She wears her personal bilateral AFOs throughout the school day without complaints. R███ enters and exits school in her personal manual wheelchair. She is transported to and from school on a wheelchair accessible school bus. R███ uses her personal manual tilt in space wheelchair as her primary classroom chair as it provides the best optimal alignment/positioning for her to access her educational environment.
**Other Considerations:**
Student's disability and mobility deficits affect her ability to access the school environment. She requires increased time, supportive equipment, and adult assistance for participation in gross motor and functional mobility activities.

**Language of Instruction:** English

### Measurable Annual Goal: (A statement of the level of performance the student is expected to achieve at the end this IEP year.)
Annual Goal: R███ will be able to use a prone stander for up to 45 minutes to allow for greater participation/interaction with her peers and with educational or specials activities.

**Quarterly Benchmark:**
Benchmark 1: R███ will be able to use a prone stander for up to 5-10 minutes to allow for greater participation/interaction with her peers and with educational or specials activities.

| **Evaluation Criteria:** | **Evaluation Procedure:** | **Schedule for Determining Progress:** |
|---|---|---|
| • 2 out of 3 Attempts | • Observation log: Progress Notes | • Quarterly |

| | | **Benchmark Date** 6/2020 |
|---|---|---|

**Quarterly Benchmark:**
Benchmark 2: R███ will be able to use a prone stander for up to 15 minutes to allow for greater participation/interaction with her peers and with educational or specials activities.

| **Evaluation Criteria:** | **Evaluation Procedure:** | **Schedule for Determining Progress:** |
|---|---|---|
| • 2 out of 3 Attempts | • Observation log: Progress Notes | • Quarterly |

| | | **Benchmark Date** 11/2020 |
|---|---|---|

**Quarterly Benchmark:**
Benchmark 3: R███ will be able to use a prone stander for up to 30 minutes to allow for greater participation/interaction with her peers and with educational or specials activities.

| **Evaluation Criteria:** | **Evaluation Procedure:** | **Schedule for Determining Progress:** |
|---|---|---|
| • 2 out of 3 Attempts | • Observation log: Progress Notes | • Quarterly |

| | Benchmark Date |
|---|---|
| | 2/2021 |

## 11. Specialized Instruction

Will the goal last the life of the IEP? ☑ **Yes** ☐ **No**

**Date of Implementation:** Begins 04/17/2020 Ends 04/17/2021
**Goal Area:**
- Functional

**Illinois Learning Standard #:** CCSS.ELA-LITERACY.L.3.3
Use knowledge of language and its conventions when writing, speaking, reading, or listening.

**Special Education/Related Service Provider** Speech Pathologist

**Other Providers, if appropriate:**
Special Education Teacher
Paraprofessional

Speech services will be delivered monthly.

**Present Level of Academic Achievement and Functional Performance:**
**Area of Need:** Speech/Language

**Academic Achievement:**
Speech Therapist (3/2020): R███████ is a delightful young girl who communicates nonverbally. She uses behaviors to indicate preferences and nonpreferences such as vocalizing, smiling, visually attending and use of a communication device. She is able to move her head, trunk, arms with limited of range of movement and slow pace. She is interested in physical contact as well as social interaction. She also enjoys listening to music and interacting with a several cause/effect items. R████ requires help from a communicative partner by narrowing choices and interpreting body language. Teacher reports that she will eye gaze at a preferred choice in a field of 2. Overall, R████ has shown slow but steady progress at increasing use of switches in order to activate cause/effect items. It is important to continue to expose R████ to a wide variety of items in order to continue to engage her as well as expand her interest.

At home, she indicates that she is hungry by pressing her lips together or whining. R████ also bites her arm or places her hands together but these behaviors are not use to convey communication. When a new person enters the room, R████ often is very quiet and appears to be listening in order to determine who the person may be. She also likes social attention and will hug her family members. Her favorite items are toys that light up and sing.

R█████ caregiver, █████ completed a questionnaire regarding her child's language abilities at home and in the community. The questionnaire completed is entitled the Early Functional Communication Profile. This assessment is intended as a nonstandardized diagnostic tool to determine the student's effective communication with caregivers. It is nonstandardized meaning it does not give a score but instead lists skills that are emerging (skills inconsistently demonstrates) and mastered (skills consistently demonstrated) in 7 different areas. I have labeled R████ current mastered and emerging skills to the right of the descriptions below.

Joint attention -- Requesting Objects
-- Child pushes adult's hand toward desired object with adult nearby -- Not yet exhibiting this skill
-- Child reaches toward desired object -- Not yet exhibiting this skill
-- Child points to desired object -- Not yet exhibiting this skill
-- Child requests desired object with a word -- Not yet exhibiting this skill

Social Interaction -- Turn-taking
-- Child tolerates adult within arm's length while playing with desired object -- MASTERED
-- Child calmly tolerates adult taking a brief turn with desired object -- MASTERED
-- Child requests a turn by patting chest independently to request desired object back from adult -- Not yet exhibiting this skill
-- Child offers a turn in response to adult saying 'my turn' -- Not yet exhibiting this skill
-- Child participates in a verbal exchange of desired object -- Not yet exhibiting this skill

Communicative Intent -- Requesting continuation of actions
-- Child makes eye contact with adult nearby -- Emerging
-- Child approaches adult with adult at arm's length away -- Not yet exhibiting this skill
-- Child physically manipulates adult -- Not yet exhibiting this skill
-- Child requests continuation with a gesture -- Not yet exhibiting this skill
-- Child requests continuation with a word -- Not yet exhibiting this skill

Communicative Intent -- Requesting Assistance
-- Child attempts to remove barrier -- Not yet exhibiting this skill
-- Child puts adult's hand on object with adult nearby (uses adult as a tool) -- Not yet exhibiting this skill
-- Child makes eye contact when handing object to adult with adult at arm's length away -- Not yet exhibiting this skill
-- Child requests help verbally when handing object to adult with adult at arm's length away -- Not yet exhibiting this skill

Social Interaction -- Response to Greetings
-- Child responds to high-five gesture -- Not yet exhibiting this skill
-- Child responds to waving -- Not yet exhibiting this skill
-- Child responds to waving and making eye contact -- Not yet exhibiting this skill
-- Child responds by saying hello -- Not yet exhibiting this skill

Joint Attention -- Receptive Language
-- Child responds to bids for joint attention (shared focus) -- Not yet exhibiting this skill
-- Child follows one-step directions -- Not yet exhibiting this skill
-- Child answers yes/no questions about desires -- Not yet exhibiting this skill
-- Child answers yes/no questions about accuracy -- Not yet exhibiting this skill

Communicative Intent -- Protesting.
-- Child reacts when presented with nonpreferred object -- MASTERED
-- Child gestures with hand out when presented with nonpreferred object- Not yet exhibiting this skill
-- Child shakes head no when presented with nonpreferred object -- Not yet exhibiting this skill
-- Child says no -- Not yet exhibiting this skill

**Functional Performance:**
See Above

**Standardized Tests Results:**
N/A

**Other Considerations:**
For optimal learning to occur, R████ requires a highly modified curriculum and a smaller student to teacher ratio and skilled use of prompts and fading. For these reasons, a special education classroom is the most appropriate learning environment.

**Language of Instruction:** English

---

**Measurable Annual Goal:** (A statement of the level of performance the student is expected to achieve at the end this IEP year.)
R████ will develop her ability to request continuation of an activity using a clear "yes" response using either laughter, vocalizations, visual attention and/or switch activation on 8 out of 10 trials per session.

---

**Quarterly Benchmark:**
R████ will develop her ability to request continuation of an activity using a clear "yes" response using either laughter, vocalizations, visual attention and/or switch activation on 5 out of 10 trials per session.

| Evaluation Criteria: | Evaluation Procedure: | Schedule for Determining Progress: |
|---|---|---|
| • 5 out of 10 Attempts | • therapy notes   Frequency: per session | • Quarterly |

| Benchmark Date |
|---|
| 6/2020 |

---

**Quarterly Benchmark:**
R████ will develop her ability to request continuation of an activity using a clear "yes" response using either laughter, vocalizations, visual attention and/or switch activation on 6 out of 10 trials per session.

| Evaluation Criteria: | Evaluation Procedure: | Schedule for Determining Progress: |
|---|---|---|
| • 6 out of 10 Attempts | • therapy notes   Frequency: per session | • Quarterly |

| Benchmark Date |
|---|
| 11/2020 |

---

**Quarterly Benchmark:**
R████ will develop her ability to request continuation of an activity using a clear "yes" response using either laughter, vocalizations, visual attention and/or switch activation on 7 out of 10 trials per session.

| Evaluation Criteria: | Evaluation Procedure: | Schedule for Determining Progress: |
|---|---|---|
| • 7 out of 10 Attempts | • therapy notes   Frequency: per session | • Quarterly |

| Benchmark Date |
|---|
| 2/2021 |

## 12. Justification of Placement in the Least Restrictive Environment (LRE)

The Individuals with Disabilities Education Act (IDEA) presumes that students with disabilities will be educated in the general education classroom with their non-disabled peers with the appropriate supplementary aids and services UNLESS there is educational justification for services in a separate setting. The bell-to-bell elementary school week is 2100 minutes and the high school week is 2175 bell-to-bell minutes; Preschool students in a half-day program have 775 bell-to-bell minutes.

| Specialized Instruction Area and/or Related Services | Modification or Accommodation | Frequency and location of Special Education/Related Services Frequency should be noted in number of minutes per week | | |
|---|---|---|---|---|
| | | Direct Services in General Education Class | Direct Services in Separate Class | Community-Based Instruction |
| Mathematics | ☑ | | 450 MPW | |
| Biology & Physical Sciences | ☑ | | 200 MPW | |
| Social Sciences | ☑ | | 150 MPW | |
| Independent Functioning | ☑ | | 655 MPW | |
| Language Arts/English/Reading | ☑ | | 600 MPW | |
| Physical Therapy • Independent Functioning | ☑ | | 15 MPW | |
| Speech • Speech/Language | ☑ | | 30 MPW | |
| **TOTAL # of minutes per week (MPW)** | | 0 MPW | 2100 MPW | 0 MPW |

| Consultation/Collaboration Subject | Consultation/Collaboration Will Occur Between the Following Providers | Frequency of Consultation/Collaboration |
|---|---|---|
| Speech/Language | Speech Pathologist to Special Education Teacher | 15 minutes quarterly |
| Independent Functioning | Occupational Therapist to Special Education Teacher | 15 minutes monthly |
| Independent Functioning | Physical Therapist to Special Education Teacher | 15 minutes quarterly |
| Social/Emotional | Social Worker to Special Education Teacher | 30 minutes quarterly |
| Health/Medical | Nurse to Student | 60 minutes daily |

R▆▆▆ is in general education with only accommodations and/or modifications for the following academic subject areas:

• Physical Education

R▆▆▆ is with non-disabled peers for all other academic subject areas with no accommodations or modifications.

R▆▆▆ will have the same opportunity to participate in extracurricular activities as non-disabled peers.

• Total amount of direct special education and related services: 2100 minutes per week
• Percent of time R▆▆▆ is **removed** from general education classroom for special education or related services: **100% (over 60% of time outside general education class)**

**Description of educational settings:**

**General education setting full time with supplementary aides and services:** Rejected
**Rationale:**
Option was determined not appropriate to meet academic needs.
Option does not provide amount of support/ services needed to achieve academic success.

**General education with special education support 20% or less of the school day outside the general education setting :** Rejected
**Rationale:**
Option was determined not appropriate to meet academic needs.
Option does not provide amount of support/ services needed to achieve academic success.

**General education with special education support 21-60% of the school day outside of the general education setting :** Rejected
**Rationale:**
Option was determined not appropriate to meet academic needs.
Option does not provide amount of support/ services needed to achieve academic success.

**General education with special education support over 60% of the school day outside the general education setting in a general education school:** Rejected
**Rationale:**
Option was determined not appropriate to meet academic needs.

**100% removal--full time special education services in a separate day school: Accepted**
**Rationale:**
R▆▆▆ needs a lower student/teacher ratio
R▆▆▆ needs a small structured setting

**Related services provided in a setting with non-disabled peers:**

• Physical Therapy services cannot be provided in a setting with non-disabled peers for the following reasons:
In order to improve gross motor skills, physical therapy services will be delivered in both the disabled and non-disabled settings, and in both an individual and group setting.

- Speech services cannot be provided in a setting with non-disabled peers for the following reasons:
  R███████ requires maximum adult support for completion of most academic tasks, independent functioning and communication.

**Potential harmful effects of this placement:**

Lack of opportunities for appropriate role models.

## 13. Curriculum, Grades, Promotion and Graduation

### Curriculum

R▓▓▓▓ will follow a sign ficantly modified curriculum in the areas noted below.

R▓▓▓▓ *report card should indicate a significantly modified curriculum for the subjects noted below.*

| Subject Area | Description of Significantly Modified Curriculum |
|---|---|
| • English Language Arts | R▓▓▓ will utilize and participate in a sign ficantly modified curriculum, which is aligned to the Dynamic Learning Maps Essential Elements according to the Common Core State Standards. Completion of units and differentiated assignments will be reflected in her portfolio. Through the use of a modified scope and sequence, grading will be based on working towards and mastery of EIEP goals and benchmarks. |
| • Mathematics | R▓▓▓ will utilize and participate in a sign ficantly modified curriculum, which is aligned to the Dynamic Learning Maps Essential Elements according to the Common Core State Standards. Completion of units and differentiated assignments will be reflected in her portfolio. Through the use of a modified scope and sequence, grading will be based on working towards and mastery of EIEP goals and benchmarks. |
| • Science | R▓▓▓ will utilize and participate in a sign ficantly modified curriculum, which is aligned to the Dynamic Learning Maps Essential Elements according to the Common Core State Standards. Completion of units and differentiated assignments will be reflected in her portfolio. Through the use of a modified scope and sequence, grading will be based on working towards and mastery of EIEP goals and benchmarks. |
| • Social Sciences | R▓▓▓ will utilize and participate in a sign ficantly modified curriculum, which is aligned to the Dynamic Learning Maps Essential Elements according to the Common Core State Standards. Completion of units and differentiated assignments will be reflected in her portfolio. Through the use of a modified scope and sequence, grading will be based on working towards and mastery of EIEP goals and benchmarks. |

### Grades

R▓▓▓▓ will be graded using mod fied criteria in the areas noted below.

| Subject Area | Description of Modified Grading Criteria |
|---|---|
| • English Language Arts | Standard classroom grades are based on a sign ficantly modified curriculum. Ria▓▓▓ resents with profoundly deficient communication abilities and will be provided with instructionally appropriate materials in all subject areas, based on IEP goals and quarterly benchmarks.<br>A = Exceeds benchmark/goal criteria<br>B = Meeting benchmark/goal criteria<br>C = Emerging/progressing skills toward benchmark/goal criteria<br>D = Intentional or non-medical failure to participate<br>F = Excessive unexcused absences |
| • Mathematics | Standard classroom grades are based on a sign ficantly modified curriculum. Ria▓▓▓ resents with profoundly deficient communication abilities and will be provided with instructionally appropriate materials in all subject areas, based on IEP goals and quarterly benchmarks.<br>A = Exceeds benchmark/goal criteria<br>B = Meeting benchmark/goal criteria<br>C = Emerging/progressing skills toward benchmark/goal criteria<br>D = Intentional or non-medical failure to participate<br>F = Excessive unexcused absences |
| • Science | Standard classroom grades are based on a sign ficantly modified curriculum. Ria▓▓▓ resents with profoundly deficient communication abilities and will be provided with instructionally appropriate materials in all subject areas, based on IEP goals and quarterly benchmarks.<br>A = Exceeds benchmark/goal criteria<br>B = Meeting benchmark/goal criteria<br>C = Emerging/progressing skills toward benchmark/goal criteria<br>D = Intentional or non-medical failure to participate<br>F = Excessive unexcused absences |
| • Social Sciences | Standard classroom grades are based on a sign ficantly modified curriculum. Ria▓▓▓ resents with profoundly deficient communication abilities and will be provided with instructionally appropriate materials in all subject areas, based on IEP goals and quarterly benchmarks.<br>A = Exceeds benchmark/goal criteria<br>B = Meeting benchmark/goal criteria<br>C = Emerging/progressing skills toward benchmark/goal criteria<br>D = Intentional or non-medical failure to participate<br>F = Excessive unexcused absences |

*Parents will be notified of the student's progress toward meeting quarterly benchmarks on the Chicago Public Schools IEP Progress Report.*

R▓▓▓▓ will be graded using standard criteria in all other subject areas.

### Promotion (The Chicago Board of Education promotion policy applies to ALL students with disabilities unless modified in this section with an individual standard for this student.)

R▓▓▓▓ will follow the standard promotion criteria.

## 14. Extended School Year Services (ESY)

R▓▓▓▓ is recommended for ESY services. If Riannah meets her goal(s) that were to be addressed during ESY, the local school district representative should schedule an IEP meeting to determine whether R▓▓▓ still requires ESY services.

**Rationale:**
A special circumstance exists that qualifies R▓▓▓ for ESY.

**Number of weeks for Extended School Year: 4**

| Specialized Instruction Area and/or Related Services | Modification or Accommodation | Measurable Annual Goal | Extended School Year | Frequency |
|---|---|---|---|---|
| English Language Arts | Yes | During a language arts lessons, R▓▓▓ will attend to a field of two answer choices, represented by a preferred and non-preferred object or highly engaging visual, for 9 seconds with maximum verbal, physical and gestural assistance with 80% accuracy. | ☑ Yes ☐ No | 160 MPW |
| English Language Arts | Yes | During a language arts lessons, R▓▓▓ will re-engage after attending briefly and looking or turning away from the activity with maximum verbal, physical and gestural assistance with 80% accuracy. | ☑ Yes ☐ No | 160 MPW |
| Mathematics | Yes | Once a highly preferred mathematical manipulative is placed in close proximity to her open palmed hand, R▓▓▓ will move her hand or fingers to indicate she will "take one" with maximum assistance 4:5 trials. | ☑ Yes ☐ No | 120 MPW |
| Mathematics | Yes | R▓▓▓ will participate in mathematical activities by initiating a reach to explore highly engaging mathematical manipulatives, as instructors count the items 1-5, with moderate physical and gestural prompting and instructor modeling 4:5 trials. | ☑ Yes ☐ No | 120 MPW |
| Science | Yes | R▓▓▓ will move her hands or fingers for a period of 3 seconds to engage in a multi-sensory lesson, once materials are placed in her hand and when provided with modeling, and moderate physical and verbal supports 4:5 trials. | ☑ Yes ☐ No | 80 MPW |
| Social Sciences | Yes | During social science activities, R▓▓▓ will participate by calling attention to herself through vocalizations, eye gaze, body language or facial expressions during turn taking activities with modeling, and maximum physical and verbal supports 4:5 trials. | ☑ Yes ☐ No | 80 MPW |
| Independent Functioning | Yes | R▓▓▓ will use total communication (eye gaze, body language, facial expressions or vocalizations) in direct response to interaction with peers with maximum physical, verbal and gestural supports 4:5 trials. | ☑ Yes ☐ No | 45 MPW |
| Independent Functioning | Yes | R▓▓▓ will participate in activities throughout the day by engaging with various instructors and staff (PE, Library, Art, Music, Yoga, etc.) by utilizing total communication (body language, eye gaze, facial expressions or vocalizations) in response to staff communication and interactions with maximum supports and modeling 4:5 trials. | ☑ Yes ☐ No | 45 MPW |
| Independent Functioning | Yes | Annual Goal: R▓▓▓ will be able to use a prone stander for up to 45 minutes to allow for greater participation/interaction with her peers and with educational or specials activities. | ☑ Yes ☐ No | 15 MPW |
| Speech/Language | Yes | R▓▓▓ will develop her ability to request continuation of an activity using a clear "yes" response using either laughter, vocalizations, visual attention and/or switch activation on 8 out of 10 trials per session. | ☑ Yes ☐ No | 15 MPW |

## 15. Transportation

**OVERVIEW**

*If a student attends his/her neighborhood (zoned) school or school of choice, it is expected that he/she transports himself/herself to school like his/her non-disabled peers except in unique circumstances. If a student with a disability meets the eligibility criteria for transportation as a related service, the transportation services will generally be provided from home to school and back home. Parents or caregivers of such students are to meet the bus at the curb for pick-up/drop-off.*

*If you are the parent of a child for whom transportation is provided pursuant to an IEP and your child is experiencing transportation-related problems, call (773) 553-2860 for assistance. If the issue pertains to a late pick-up/drop-off and/no show, the parent should call the bus company directly.*

R██████ is eligible for transportation as a related service.

Rationale:

- R██████ is eligible for transportation as a related service while attending the assigned school to receive FAPE in the required program.
- R██████ uses a wheel chair to ambulate.
    R██████ presents with documented disabilities: Multiple Disabilities, Other Health Impairment, Developmental Delay, and Orthopedic Impairment.

- R██████ has a documented deficit in assessing risk or advocating for personal safety.
- R██████ lacks the ability to safely navigate an established route from home to school.
- R██████ lacks the ability to travel to school without getting lost or avoiding dangerous traffic situations.
    R██████ presents with Multiple disabilities. She presents with severe global developmental delays.

    A shared nurse is required for the following reasons:

    Student has a history of seizure and may require emergency medication administration.

The student will also require a vehicle with specialized equipment such as:

- air conditioned bus
- wheelchair lift

An aide is required for the following reasons:

    R██████ presents with several disabilities including: Multiple Disabilities, Other Health Impairment, Developmental Delay, Orthopedic Impairment, and Speech or Language Impairment. She requires intensive supports in all areas of developmental including academics and functional life skills.

**Transportation services will be provided by CPS.**

**The parent accepts transportation at this time, but if at a later date decides to transport R██████ please notify the case manager to revise the IEP to reflect this decision.**

## Student Independence Paraprofessional Plan

| | |
|---|---|
| **Student Name:** R███ F███ | **Student ID:** 50370705 |
| **Current School:** Wilma Rudolph Elementary Learning Center | **Grade:** Third grade |
| **Birth Date:** 06/01/2011 | |

### Fade Plan

**Identify ways to promote independence. Identify the strategy for the fade plan across all relevant settings, and what resources needed.**

Paraprofessional supports will be faded as R███ demonstrates independence in any area of development including academics and functional life skills. Supports will be faded as R███ indicates she is able to complete tasks with less than maximum supports. As R███ demonstrates initiation with materials and more consistent interaction with materials, maximum assistance will be faded.



Microsoft Word - 34-57 J Explanation of Procedural Safeguards 7-11-2018     1 / 24     —     80%     +

### Chicago Public Schools
### IEP Meeting Notes Page

| | | |
|---|---|---|
| **Student Name:** R███ F███ | **Student ID:** 50370705 | **Date:** 04/17/2020 |
| **Case Manager:** Alex Cowling | **School Name:** Wilma Rudolph Elementary Learning Center | |

| Date: | Name: | Notes: |
|---|---|---|
| 04/03/2020 | Alex Cowling | Speech (Mary) - Adding in eye gaze to section 10(a) - eye gaze will be effective, picture based communication board may not be as effective. The skills needed to picture based communication board are not currently present |
| | | DR - record how student is respond in notes for data collection |
| | | DR (Eric) - AAC assessment won't occur until we are back in the building |
| | | OT (Maddie) - Switch is used as both communication and a sensory/play activity |
| | | Teacher - No data for 1:1 para support |
| | | Case Manager - 1:1 is too restrictive, and lack of meeting goals is more connected to absences than not having a 1:1 |
| | | DR - it seems that there is a consensus that most people feel that |
| | | OT - Hand over hand is not appropriate for accommodation/modification for indep. function in OT |
| | | Teacher - keeping ELA goal the same because the criteria is different, adding another ELA goal |
| | | Speech - Don't want to add another goal so we don't confused the skills for student |
| | | Teacher - notes for progress monitoring which type of communication: eye gaze and switch |
| | | Parent - R███ does move her hands around a lot |
| | | PT - Student has made gains, and with current amount of minutes, at student level there is a plateau and minutes were decided based on guidelines |
| | | A discussion was had about adding more PT minutes |
| | | A request was made my the family/attorneys for more speech minutes |

| | | Speech - current minutes are appropriate, with consideration of consult for next year - progress has been slow and model may be adjusted based on the progress |
| | | Attorney - we are working on total communication, and the attorney team doesn't want to stop working on the switch |
| | | OT - continue to use consultative, team feels that classroom/teacher is able to meet the needs of the student at this time, |
| | | Attorney team - request for more minutes and request a goal |